**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Selene Finance, L.P., <br><br>    Plaintiff <br><br> v. <br><br> Cobblestone Manor VI Homeowners Association, et al., <br><br>    Defendants | 2:16-cv-00334-JAD-VCF <br><br> **Order Granting Withdrawal of Motion to Reconsider** <br><br> [ECF Nos. 18, 19] |

Selene Finance, L.P. filed a motion asking me to reconsider my order granting SFR Investments Pool 1, LLC's demand for security of costs under NRS 18.130(1) (ECF No. 14).[1] Two days later, Selene filed a notice that it was withdrawing that motion.[2] Because Selene's motion has not been fully briefed by the parties and Selene quickly and conspicuously notified me and the other parties that it was withdrawing the motion,

IT IS SO ORDERED that **Selene's motion for reconsideration [ECF No. 18] is WITHDRAWN** and will not be considered by the court.

DATED: May 10, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 18.

[2] ECF No. 19.