MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff and counter-defendant Selene Finance, L.P. and cross-defendant Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SELENE FINANCE, L.P.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COBBLESTONE MANOR VI HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and G.J.L., INCORPORATED D/B/A PRO FORMA LIEN & FORECLOSURE SERVICES,<br><br>　　　　Defendants. | Case No.: 2:16:cv-00334-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>　　　　Counter/Cross Claimant,<br><br>vs.<br><br>SELENE FINANCE, L.P.; BANK OF AMERICA, N.A.; and DIANE M. RUHL, an individual<br><br>　　　　Counter/Cross Defendants. | |

Plaintiff and counter-defendant Selene Finance, L.P. and cross-defendant Bank of America, N.A. (**BANA**) provide notice Rebekkah B. Bodoff and Karen A. Whelan are no longer associated with the law firm of Akerman LLP.

1

47350370;1

Selene and BANA request Ms. Bodoff and Ms. Whelan be removed from the CM/ECF service list.

DATED January 24th, 2019.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Selene Finance, L.P. and cross-defendant Bank of America, N.A.*

IT IS SO ORDERED.
Dated: January 24, 2019
.
_____
Nancy J. Koppe
United States Magistrate Judge

2

47350370;1